COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | No. 08-24-00214-CV |
|---|---|---|
| IN RE: | | |
| | § | |
| KVIA–CHANNEL 7, | | AN ORIGINAL PROCEEDING |
| | § | |
| Relator. | | IN MANDAMUS |
| | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable William E. Moody, Judge of the 34th District Court of El Paso, Texas, and concludes that Relator's petition for writ of mandamus should be dismissed. We therefore dismiss the petition for writ of mandamus for want of jurisdiction, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 19TH DAY OF AUGUST 2024.


JEFF ALLEY, Justice


Before Rodriguez, C.J., Palafox, and Alley, JJ.